# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jonathan Paul Catlin | CASE NO. 16-cv-6146 |
| Plaintiff | JUDGE: Hon. David G. Larimer |
| vs. | |
| First National Credit Card, Inc. | NOTICE OF DISMISSAL |
| Defendant | |

### PLAINTIFF'S NOTICE OF DISMISSAL

Plaintiff files his notice of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

1. Plaintiff is Jonathan Paul Catlin; defendant is First National Credit Card, Inc.

2. On March 7, 2016, plaintiff sued defendant.

3. Defendant has not been served with process and has not served an answer or a motion for summary judgment.

4. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

5. A receiver has not been appointed in this case.

6. This case is not governed by any federal statute that requires a court order for dismissal of the case.

7. Plaintiff has not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

8. Defendant has spontaneously contacted plaintiff through counsel and the case has been settled to the satisfaction of both parties.

9. This dismissal is with prejudice.

Respectfully submitted this 15th day of April, 2016.

*Jonathan Paul Catlin*

Original Signature

Jonathan Paul Catlin, *pro se*

c/o PO Box 313

Naples, Idaho

Cell: 208-627-3950

e-mail: myfriendstenthousand@gmail.com

